No. 127, Misc.  CLAYTON *v.* HALBERT, U. S. DISTRICT JUDGE; and

No. 264, Misc.  WILLIAMS *v.* WILKINS, WARDEN.  Motions for leave to file petitions for writs of mandamus and other relief denied.

No. 107, Misc.  GILBRECH *v.* UNITED STATES;

No. 279, Misc.  GAGLIASSO *v.* UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT ET AL.; and

No. 282, Misc.  LAWYER *v.* UNITED STATES CIVIL SERVICE COMMISSION ET AL.  Motions for leave to file petitions for writs of mandamus denied.  Petitioners *pro se*.  *Solicitor General Rankin* for the United States in No. 107, Misc.

No. 21, Misc.  RODENBERGER *v.* MARTIN, WARDEN.  Petition for writ of certiorari to the Court of Appeals of New York dismissed as moot.  Petitioner *pro se*.  *Louis J. Lefkowitz,* Attorney General of New York, and *Paxton Blair,* Solicitor General, for respondent.

No. 87, Misc.  THE ROMANIAN ORTHODOX MISSIONARY EPISCOPATE OF AMERICA, THROUGH HIS GRACE BISHOP ANDREI MOLDOVAN, *v.* TRUTZA ET AL.  The motion to use record in No. 422, October Term, 1953, is granted.  Motion for leave to file petition for writ of certiorari denied.  *John R. Vintilla* for petitioner.  *Percy H. Russell* for respondents.

No. 108, Misc.  GROSS *v.* SUPREME COURT OF IOWA; and

No. 210, Misc.  RAY *v.* HALBERT, JUDGE OF THE DISTRICT COURT, ET AL.  Motions for leave to file petitions for writs of prohibition denied.